**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIRST FEDERAL LINCOLN BANK, Plaintiff, | ) | Civil Action No. 95-518C |
| v. | ) | (Senior Judge Margolis) |
| UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, First Federal Lincoln Bank, hereby files this notice of supplemental authority to bring to this Court's attention an opinion recently filed by the United States Court of Appeals for the Federal Circuit, which relates to the trial on damages in this case held from May 22 through June 2, 2006. *See Bluebonnet Sav. Bank, F.S.B. v. United States*, Nos. 06-5016 & 06-5024 (Fed. Cir. Oct. 11, 2006) (copy attached as Exhibit A). In *Bluebonnet*, the Federal Circuit affirmed an award of damages in a *Winstar*-related case in the amount of almost $96.8 million. In so doing, the Federal Circuit reaffirmed the availability and appropriateness of the jury verdict method of measuring damages in *Winstar*-related cases when the trial court determines that "'neither party has been able to present an independently complete or acceptable measure of damages.'" *Id.* slip. op. at 14 (quoting *White Mountain Apache Tribe v. United States*, 11 Cl. Ct. 614, 663 (1987)). The Federal Circuit noted that the reasoning adopted by the United States Court of Federal Claims in computing damages, "closely mapped the presentations of the parties, with the court expressly adopting portions of the analysis proffered by each party." *Id.* In addition, the Federal Circuit recognized that the trial court's determination of damages depended on its "sophisticated analysis of a hypothetical state of affairs," and affirmed the trial

court's recalculation of the damages based on "facts and projections as to how the facts would have unfolded in the hypothetical non-breach world." *Id.* at 25.

DATED: October 16, 2006

Respectfully submitted,

s/Edward L. Lublin______________
Edward L. Lublin
Blank Rome LLP
Watergate, Twelfth Floor
600 New Hampshire Ave., NW
Washington, D.C. 20037
Telephone: (202) 772-5933
Facsimile: (202) 572-8379
E-Mail: Lublin@BlankRome.com

*Counsel for Plaintiff*
*First Federal Lincoln Bank*

Of Counsel:
Paul M. Honigberg
Lawrence S. Sher
Katia I. Fano
Blank Rome LLP

**CERTIFICATE OF SERVICE**

I certify that, on this 16th day of October 2006, I served the foregoing Plaintiff's Notice of Supplemental Authority, by electronic filing, on Defendant's counsel of record at his last known address, as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

s/Paul M. Honigberg
PAUL M. HONIGBERG