# In the United States Court of Federal Claims

**No. 95-518 C**

**FIRST FEDERAL LINCOLN BANK,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed October 31, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $4,501,818.00. Costs for the plaintiff.

Brian Bishop
Clerk of Court

**October 31, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.