United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 8, 2006

Edward Louis Lublin, Esq.

Blank, Rome LLP

600 New Hampshire Avenue, NW

Watergate, Eleventh Floor

Washington, DC 20037

In re: First federal Lincoln Bank. v. United States, No. 95-518C

Dear Mr.Lublin:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated November 3, 2006, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: William George Kanelis, Esq.