FILED
DEC 29 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

**FIRST FEDERAL LINCOLN BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 95-518 C**
**(Senior Judge Margolis)**

## NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 95-518C, entered on October 31, 2006.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

William G. Kanellis
WILLIAM G. KANELLIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0526
Fax: (202) 514-8640

OF COUNSEL:
SCOTT D. AUSTIN
ELIZABETH A. HOLT
JOHN J. TODOR
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

December 29, 2006

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of December, 2006, I caused to be served by U.S. Mail (first class, postage prepaid) and facsimile, the foregoing "Notice of Appeal" addressed as follows:

Edward L. Lublin
BLANK ROME LLP
Watergate, Eleventh Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037