#0659787

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 8 2007
U.S. COURT OF FEDERAL CLAIMS

FIRST FEDERAL LINCOLN BANK,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 95-518C

(Senior Judge Margolis)

**NOTICE OF APPEAL**

Notice is hereby given that, First Federal Lincoln Bank,[1] plaintiff in the above-named case, pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered in this action on October 31, 2006, and from the Opinion filed on November 6, 2003.

Respectfully submitted,

Of Counsel:
Paul M. Honigberg
Lawrence S. Sher

Edward L. Lublin
Blank Rome LLP
Watergate Building
600 New Hampshire Ave., NW
Washington, D.C. 20037
Telephone: (202) 772-5933
Facsimile: (202) 572-8379
E-Mail: Lublin@BlankRome.com

*Attorney for Plaintiff*
*First Federal Lincoln Bank*

DATED: January 8, 2007

[1] First Federal Lincoln Bank changed its name in 2002 to TierOne Bank.

**CERTIFICATE OF SERVICE**

I certify that, on this 8th day of January 2007, I served the foregoing Notice of Appeal by first-class mail, postage prepaid, on Defendant's counsel of record at his last known address, as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

LAWRENCE S. SHER