# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
JAN 2 4 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

## 2007-5048 - FIRST FEDERAL V US

**Date of docketing**: 01/24/2007

**Appeal from**: United States Court of Federal Claims case no. 95-CV-518

**Cross-appellant(s)**: First Federal Lincoln Bank

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
William G. Kanellis
Edward L. Lublin

2007-5048

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Senior Judge Lawrence S. Margolis**

**Nature of Suit:** 511

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 24 2007

JAN HORBALY
CLERK

**Type of Case**: Taking - FIRREA

FIRST FEDERAL LINCOLN BANK,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 95-518 C.

**Cross or Related?** ~~No.~~ Yes - 2007-5044

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: October 31, 2006.

Appeal Filed 2/29/06 > 10 days

**Notice of Appeal**: January 8, 2007.

**Fee**: $455.00.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**REVISED: January 24, 2007**

Official Caption[1]

2007-5044, -5048

FIRST FEDERAL LINCOLN BANK,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 95-CV-518, Senior Judge Lawrence S. Margolis.

Authorized Abbreviated Caption[2]

FIRST FEDERAL v US, 2007-5044, -5048

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.